# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN S. PRADD,<br>    #45123<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>        Defendants. | 2:13-cv-00611-JCM-NJK<br><br>**ORDER** |

Presently before the court is *pro se* plaintiff Steven S. Pradd's motion to extend time to respond to defendants' motions to dismiss and for summary judgment. (Doc. # 29). Plaintiff previously filed a motion for appointment of counsel (doc. # 27) which the magistrate denied (doc. # 28). In light of that order, plaintiff seeks an additional 30 days in which to file his responses.

Upon review of the motion and with good cause appearing, plaintiff's motion is hereby granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to extend time (doc. # 29) be, and the same hereby is, GRANTED.

1  IT IS FURTHER ORDERED that plaintiff's responses are due no later than 30 days from the
2  issuance of this order.
3  DATED January 16, 2014.

_/s/ James C. Mahan_____
UNITED STATES DISTRICT JUDGE